Thursday, February 2, 2012 - Albany, NY
Hon. Thomas J. McAvoy, Presiding
Clerk:          M. Price
Steno:          T. Casal

UNITED STATES OF AMERICA

          VS.                                    CRIMINAL NO.   1: 11-CR-533

JEREMY ZIELINSKI

APPEARANCES:     AUSA Robert Sharpe for Govt;   James Resila, Esq. for Deft;   USPOS
                 Joanne DeFreest & Jay Driscoll present

10:00 AM     In court; supervised release modification hearing as well as final supervised
             release violation hearing underway.  Defense counsel advises court that defendant
             wishes to admit to violation #1 listed in SRV [22] petition in full satisfaction of
             petition; Court accepts defendant's admission.  Supervised Release Modification
             hearing goes forward re: imposing add'l supervised release conditions.

                              Witness for Government

                              JoAnne DeFreest
                               Jay Driscoll

12:35 PM     Govt rests.
                              Witness for Defendant

                              Jeremy Zielinski

1:20 PM      Court recesses until to 2:15 P.M.

2:30 PM      In court; supervised release modification hearing resumes.  Cross examination of
             Defendant Zielinski continues.

USA vs.  Jeremy Zielinski, 1:11-CR-533
2/02/2012 - Albany, NY
Page 2    Supervised Release Modification & Violation Hearings

2:40 PM        Evidence is closed.  Court hears closing arguments.  All pre-trial submissions are ordered appended to the record.  Court makes findings for the record and proceeds directly to sentencing.  Defendant sentenced to HOME CONFINEMENT for a period of 6 months.  Supervised Release of 24 months.  Special Conditions:  1)  except for deft's own child, no direct and/or indirect contact w/ minors 2) refrain from any area where minors are likely to congregate   3)  sex offender registration   4)  mental health treatment w/ polygraph use    5)  personal computer use prohibition  6) employment computer restriction w/ 3rd party notification  7) employment computer prohibition if recommended by treatment provider  8) submit to searches 9) refrain from sexually explicit materials   10)  cost contribution  and  11)  refrain from excessive use of alcohol.  No fine and/or add'l costs imposed.  Parties advised appeal rights.  Remaining violation #2 listed in SRV [22] petition dismissed upon Govt motion.

3:15 PM        Court stands adjourned.