Ø Cut *

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NO.: _11-CR-533_

DATE: _2-2-12_

PRESIDING JUDGE: _McAvoy_

( X )GOVERNMENT ( ) DEFENDANT ( ) COURT * SRV Modification Hrg

```
┌─────────────────────────────────┐
│ U.S. DISTRICT COURT - N.D. OF N.Y.│
│        F I L E D                  │
│       FEB 0 2 2012                │
│ AT_____ O'CLOCK                  │
│ Lawrence K. Baerman, Clerk - Bing.│
└─────────────────────────────────┘
```

| DATE: | 2012 | 2012 | | | |
|-------|------|------|---------|---------|----------------------|
| EXHIBIT NO. | MARKED FOR IDENTIFICATION | ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
| 1 | 2-2 | | | | LTR → NJ Ct |
| 2 | | | | | WARREN Co PSI |
| 3 | | | | | PSI NJ |
| 4 | | | | | Cont pros to D 8/4 |
| 5 | | | | | LTR to A |
| 6 | | | | | LTR |
| 7 | | | | | LTR |
| 8 | | | | | Judge Martini LTR |
| 9-19 | | | subject to Colloquy spreal on the record | | |

DATE EXHIBITS RETURNED: _____ SIGNATURE OF ATTORNEY: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NO.: _11-CR-533_

DATE: _2-2-12_

PRESIDING JUDGE: _McAvoy_

(X) GOVERNMENT     ( ) DEFENDANT     ( ) COURT

| DATE: | | | | | |
|---|---|---|---|---|---|
| EXHIBIT NO. | MARKED FOR IDENTIFICATION | ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
| 20 | | | NR | | |
| 21(a)→(f) | 2-2 | 2-2 | | | LTRS to Girlfriend |
| 22 | | | | | LTR |
| 23 | | | | | LTR |
| 24 | | | | | fine remittal |
| 25 | | | | | Jn martin Re: fine |
| 27 | | | | | Transfer of jurisdiction |
| 28 | | | | | Defree'st time line |
| | | | | | |

DATE EXHIBITS RETURNED: _____   SIGNATURE OF ATTORNEY: _____