UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 02 2012
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Bing.

CASE NO.: 11-CR-533

DATE: 2/2/12

PRESIDING JUDGE: McAvoy

( ) GOVERNMENT   (X) DEFENDANT   ( ) COURT   *SRV Modification Hrg

| DATE: | 2012 | 2012 | | | |
|---|---|---|---|---|---|
| EXHIBIT NO. | MARKED FOR IDENTIFICATION | ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
| 1 | 2-2 | 2-2 | | | Kroeger Rept |
| 2 | 2-2 | 2-2 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DATE EXHIBITS RETURNED: _____   SIGNATURE OF ATTORNEY: _____