Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Northern District of New York

Caption:

United States of America v.

Jeremy Zielinski

Docket No.: 11-CR-533
Hon. Thomas J. McAvoy
(District Court Judge)

Notice is hereby given that Jeremy Zielinski appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on February 8, 2012
(date)

This appeal concerns: Conviction only ☐  Sentence only ☐  Conviction & Sentence ☐  Other ✓

Defendant found guilty by plea ✓ | trial ☐ | N/A ☐

Offense occurred after November 1, 1987? Yes ✓ | No ☐   N/A ☐

Date of sentence: June 28, 2006   N/A ☐

Bail/Jail Disposition: Committed ☐   Not committed ☐   N/A ✓

Appellant is represented by counsel? Yes ✓ | No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | James A. Resila, Esq. c/o Carter, Conboy et al |
| Counsel's Address: | 20 Corporate Woods Boulevard |
| | Albany, NY 12211 |
| Counsel's Phone: | 518-465-3484 |
| Assistant U.S. Attorney: | Robert A. Sharpe, Esq. |
| AUSA's Address: | James T. Foley Courthouse, 445 Broadway, Room 218 |
| | Albany, NY 12207 |
| AUSA's Phone: | 518-431-0247 |

*James A. Resila*
Signature