

U.S. Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway*

*Room 218*
*Albany, New York  12207*
*(518) 431-0247*

November 21, 2012

Hon. Thomas J. McAvoy
U.S. District Court Judge
Northern District of New York
15 Henry Street
Binghamton, NY 13902-2723

    Re:    <u>**United States v. Jeremy Zielinski**</u>  11-CR-533 (TJM)

Dear Judge McAvoy:

    The Government is seeking an extension of time until November 30, 2012 in which to submit our response to the defendant's petition to modify the conditions of his supervised release pursuant to 28 U.S.C. § 2241 and 18 U.S.C. § 3583(e).  I am in the middle of a number of cases and matters which require responses and preparation for court appearances and I have not yet had the opportunity to finish the Government response to Mr. Zielinski.

    Thank you for your consideration in this matter.

    Very truly yours,

    Richard S. Hartunian
    United States Attorney's Office

By:    /S/
    Robert A. Sharpe
    Assistant U.S. Attorney
    Bar Roll No. 302573

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.

                                                  Case No. 11-CR-533 (TJM)

JEREMY ZIELINSKI,

      Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that this document was electronically filed on November 21, 2012. A copy was mailed to:

      Jeremy Zielinski
      P.O. Box 231
      Hagaman, NY 12086

                                        /S/
                                        Robert A. Sharpe
                                        Assistant United States Attorney
                                        Bar Roll No. 302573