Prob 19

U(S) DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 20 2013
LAWRENCE K. BAERMAN, CLERK
ALBANY

**United States District Court
for the
Northern District of New York**

ORIGINAL

1:11-CR-533(TJM)

U.S.A. vs Jeremy Zielinski

Docket No. 11-CR-533

TO: [1]**Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Jeremy Zielinski || SEX<br>Male | RACE<br>White Non Hispanic | AGE<br>29 |
| ADDRESS(STREET, CITY, STATE)<br>877 Highway 67, Amsterdam, NY 12010 |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Northern District of New York |||||
| LAWRENCE K. BAERMAN (BY) DEPUTY CLERK<br>/s/ Jordan Hennessy ||| DATE<br>6-12-2013 ||

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>6/12/13 || DATE EXECUTED<br>6/12/13 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>US Marshals Service<br>445 Broadway Albany, NY 12207 ||||
| NAME<br>A Baker DUSM | (BY)<br>[signature] || DATE<br>6/12/13 |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."